| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Nationwide Medical Transportation Services, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Tri County Medical Transportation |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-5279361 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 12760 Yardley Dr. <br> Boca Raton, FL 33428 <br> Number, Street, City, State & ZIP Code <br><br> Palm Beach <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://tcmtransportation.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  Nationwide Medical Transportation Services, Inc.  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4889

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  Debra L. Schulman  Relationship  Principal of the Debtor

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

| Debtor | Nationwide Medical Transportation Services, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | District | Southern Distirct of Florida | When | | Case number, if known | |
|---|---|---|---|---|---|---|

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Nationwide Medical Transportation Services, Inc.  Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 2, 2024
                MM / DD / YYYY

**X** /s/ Debra L. Schulman        Debra L. Schulman
Signature of authorized representative of debtor        Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Jonathan T Crane        Date  May 2, 2024
Signature of attorney for debtor                                      MM / DD / YYYY

Jonathan T Crane
Printed name

Furr & Cohen
Firm name

2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Number, Street, City, State & ZIP Code

Contact phone _____  Email address  jcrane@furrcohen.com

1039351 FL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Nationwide Medical Transportation Services, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One Spark Business<br>P.O. Box 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $5,796.52 |
| Customers Bank<br>40 General Warren Blvd, Suite 200<br>Malvern, PA 19355 | | Unconditional Guarantee | Contingent Unliquidated Disputed | | | $722,897.68 |
| FDOT<br>605 Suwannee Street, MS 57<br>Tallahassee, FL 32399 | | Toll Enforcement | | | | $3,683.75 |
| FDOT<br>605 Suwannee Street, MS 57<br>Tallahassee, FL 32399 | | Toll Enforcement | | | | $963.91 |
| PNC Bank Business Card<br>P.O. Box 3479<br>Pittsburgh, PA 15230 | | Credit Card | | | | $10,841.38 |

Bank United, N.A.
7815 NW 14th Street
Miami Lakes, FL 33016

Bank United, N.A.
Small Business Finance
7815 NW 148 Street
Miami Lakes, FL 33016

Budget Handicap Vans, LLC
7608 Coral Drive
Melbourne, FL 32904

Budget Handicap Vans, LLC
7617 Ellis Road, STE 104
Melbourne, FL 32904

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Finacial Corp
1680 Capital One Drive
Mc Lean, VA 22102

Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716

Continental Service Group, LLC
200 CrossKeys Office Park
Fairport, NY 14450

Customers Bank
40 General Warren Blvd, Suite 200
Malvern, PA 19355

Debra L. Schulman
12760 Yardley Drive
Boca Raton, FL 33428

Executive Office for US Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW Room 2242
Washington, DC 20530

FDOT
605 Suwannee Street, MS 57
Tallahassee, FL 32399

Florida Department of Revenue
Bankruptcy Section P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Srive, Suite 600
Houston, TX 77081


Mitrani, Raynor, Adamsky & Toland, P.A.
c/o Howard Toland, Esq
1200 Weston, Penthouse
Weston, FL 33326


Office of General Counsel
409 3rd St. SW
Washington, DC 20416


Office of Inspector General
409 3rd Street, SW, Suite 7150
Washington, DC 20416


Office of the Attorney General
State of Florida PL-01 The Capitol
Tallahassee, FL 32399


Palm Beach County Tax Collector
Attn: Honorable Anne M. Gannon, CFC
P.O. Box 3715
West Palm Beach, FL 33402


PNC Bank
116 Allegheny Center Mall P8YB3502L
Pittsburgh, PA 15212


PNC Bank Business Card
P.O. Box 3479
Pittsburgh, PA 15230


SBA Regional Office
Region IV Regional Office
233 Peachtree Street, NE, Suite 200
Atlanta, GA 30303


SBA South Florida District
51 SW 1st Ave., Suite 201
Miami, FL 33130


Scooter Factory
12760 Yardley Drive
Boca Raton, FL 33428

```
U.S. Attorney's Office
500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401


U.S. Department of Justice
Merrick B. Garland, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416
```